UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETONDJI VIRGILE NAHUM,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, *et al.*,<br><br>    Defendants. | CASE NO. C19-1114-MJP<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO APPOINT COUNSEL |

Plaintiff Setondji Virgile Nahum filed an unopposed motion for appointment of counsel. Dkt. 2. Because Plaintiff's exceptional circumstances recommend appointment of counsel, the Court **GRANTS** Plaintiff's motion to appoint counsel. *See* 28 U.S.C. § 1915(e)(1); Agyeman v. Corrections Corp. of Am., 390 F.3d 1101, 1103 (9th Cir. 2004); (Dkt. 135, at 13–14). The Court **DIRECTS Sharon Haas, Coordinator of the Pro Bono Panel**, to identify an attorney(s) or law firm from the Pro Bono Panel to represent Mr. Nahum for all further proceedings. *See* General Order 10-05 § 4(b) (W.D. Wash. Aug. 12, 2010).

Once counsel is appointed for Plaintiff, the Court will request a joint status report and issue a scheduling order.

REPORT AND RECOMMENDATION
PAGE -1

The Court notes that Plaintiff did not request to proceed *in forma pauperis,* and hereby advises Plaintiff that, in accordance with the Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions (As Amended, effective August 1, 2010), "[t]he appointed attorney or the firm with which the attorney is affiliated shall seek reimbursement from the *pro se* litigant for the costs incurred in litigating the action to the extent the litigant is able to bear such costs." Id. at § 5(a).

The Clerk is directed to send a copy of this Order to Plaintiff and to Sharon Haas.

DATED this 31st day of July, 2019.

Marsha J. Pechman
United States Senior District Judge

REPORT AND RECOMMENDATION
PAGE -2