# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SETONDJI NAHUM,<br><br>                  Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, et al.,<br><br>                  Defendants. | CASE NO. C19-1114 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO WAIVE SERVICE AND SET THE SCHEDULE FOR DEFENDANTS' RESPONSIVE PLEADINGS |

On this date, the Court considered the Parties' Stipulated Motion to Waive Service and Set the Schedule for Defendants' Responsive Pleadings. After consideration, and for good cause shown, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that Defendants file their Responses to Plaintiff's Complaint by or before September 30, 2019.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 8, 2019.

                                            Marsha J. Pechman
                                            United States District Judge