# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SETONDJI VIRGILE NAHUM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C19-1114 MJP<br><br>ORDER APPOINTING COUNSEL |

The above-entitled Court, pursuant to Plaintiff's request, rules as follows:

IT IS ORDERED that Plaintiff's request for appointment of counsel is GRANTED.

IT IS FURTHER ORDERED that attorneys **Lisa Elliott, Roberta Armstrong and Jada Wood** are appointed to represent Plaintiff, and shall file a notice of appearance forthwith.

IT IS FURTHER ORDERED that, following the appearance of Plaintiff's counsel, the Court will reissue its Initial Scheduling Order.

ORDER APPOINTING COUNSEL - 1

1 The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

2 Dated: September 10, 2019.

*[signature]*
Marsha J. Pechman
United States District Judge