UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETONDJI VIRGILE NAHUM<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, *et al*.<br><br>Defendants. | Case No.: 19-cv-01114-BJR<br><br>ORDER |

## I.   INTRODUCTION

Before the Court is *pro se* Plaintiff Setonji Nahum's ("Plaintiff") Motion to Compel the Defendants The Boeing Company ("Boeing") and one of its managers, Jeffrey Dillaman, (collectively, "Defendants") to Comply With [*sic*] Court Issued Standing Order for All Civil Cases and Court Specified Requirement In Docket 77. *See* Dkt. No. 80. The Court has previously laid out the facts of the case. *See* Dkt. No. 61. On August 24, 2020, the Court held a telephonic hearing and heard arguments regarding the parties' pending discovery disputes. Present on the call was Plaintiff Nahum; and Emily Bushaw and Kathryn Ranieri representing Defendants Boeing and Jeffrey Dillaman. After considering the parties' arguments, briefs, and the other documents submitted in support of and in opposition to the motion, the Court hereby ORDERS as follows:

1

1. Plaintiff shall present to Defendants a list of those persons whose names are contained in his interrogatories that are Boeing managers and as to whom Plaintiff has requested emails. Along with the names, Plaintiff shall provide to Defendants specific search terms to narrow the subject matter of the requested emails. Provided that Plaintiff furnishes such terms, Defendants shall produce all relevant emails sent to and from Plaintiff and the persons named on the list.

2. By no later than Friday, August 28, 2020, Plaintiff shall furnish to Defendants' counsel a signed Release of Records for relevant documents pertaining to his presently existing complaints concerning his employment at LMI Aerospace, Inc.

3. It is the Court's understanding that this order resolves all current discovery disputes between the parties.

4. Having resolved the pending discovery disputes in this matter, the Court hereby DENIES Plaintiff's Motion to Compel the Defendants to Comply With [*sic*] Court Issued Standing Order for All Civil Cases and Court Specified Requirement In Docket 77 [Dkt. No. 80] as moot.

IT IS SO ORDERED this 24th day of August, 2020.

*/s/ Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE