UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| SETONDJI NAHUM, *Plaintiff,* v. THE BOEING COMPANY, *et al.*, *Defendants.* | CASE NO. 2:19-cv-1114-BJR<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

      Before the Court is Plaintiff Setondji Nahum's Motion to Reconsider the Court's recent Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment. Dkt. Nos. 110, 112. The Court provided the facts of this case in its previous order. *See* Dkt. No. 110 at 2–7.

      Pursuant to the Western District's Local Civil Rules, "[m]otions for reconsideration are disfavored," and the court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rules W.D. Wash. LCR 7(h)(1). Further, this Court's Standing Order provides that Motions for Reconsideration that "reassert prior arguments . . . will be summarily denied." Dkt. No. 32 at 3. Plaintiff is familiar with this standard as he has filed a motion for reconsideration after everyone of this Court's orders,

*see* Dkt. Nos. 30, 43, 64, 78, all of which have been denied for failure to show manifest error or new facts or legal authority, *see* Dkt. Nos. 33, 61, 65, 81.

    Plaintiff's most recent Motion fails for the same reason.  He makes no showing of either manifest error in the prior ruling or new facts or legal authority.  Rather, he repeats the arguments made in his Motion for Summary Judgment and opposition to Defendants' Motion for Summary Judgment.  The Court hereby DENIES Plaintiff's Motion.

DATED this 4th day of January, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE