IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETONDJI NAHUM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, *et al.*,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01114-BJR<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

This matter came before the Court on Defendants The Boeing Company and Jeffrey Dillaman's ("Defendants") Motion for Withdrawal and Substitution of Counsel. This Court, having reviewed the pleadings and documents on file, being fully apprised of the premise and legal authority relating to this issue, and having considered Defendants' Motion for Withdrawal and Substitution of Counsel;

　　　　IT IS SO ORDERED that:

　　　　1.　　Defendants' Motion for Withdrawal and Substitution of Counsel is hereby GRANTED;

　　　　2.　　Emily A. Bushaw of the law firm Perkins Coie, LLP is withdrawn as counsel of record for Defendants The Boeing Company and Jeffrey Dillaman;

3. Laurence A. Shapero of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. is substituted as counsel of record for Defendants The Boeing Company and Jeffrey Dillaman.

4. The appearance of Laurence A. Shapero is hereby entered on behalf of Defendants The Boeing Company and Jeffrey Dillaman.

DATED this 11th day of July 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge